```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

      UCB MANUFACTURING, INC.
      f/k/a CELLTECH MANUFACTURING, INC.

                        Plaintiff(s)

        -vs-                                    05-CV-6534T

      USF HOLLAND, INC.

                        Defendant(s)
_____
```

       The parties having electronically filed a Stipulation of Dismissal on February 28, 2006, it is hereby,

       ORDERED, that the above action is hereby dismissed with prejudice.

       SO ORDERED.

                                                 S/ MICHAEL A. TELESCA
                                             MICHAEL A. TELESCA
                                             United States District Judge

Dated: March 1, 2006